No. 17-2301

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

―――――――――――――――

CARUCEL INVESTMENTS, L.P.,
*Plaintiff-Appellant*

v.

NOVATEL WIRELESS, INC.,
*Defendant-Appellee*

VERIZON COMMUNICATIONS, INC.,
*Defendant-Appellee*

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS
*Defendant-Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
No. 3:16-cv-00118-H-KSC

**CARUCEL'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF**

| | |
|---|---|
| Robert F. Ruyak | Korula T. Cherian |
| **RUYAK CHERIAN, LLP** | Robert Harkins |
| 1700 K Street, NW, Suite 810 | **RUYAK CHERIAN, LLP** |
| Washington, DC 20006 | 1936 University Avenue, Suite 350 |
| (202) 838-1560 | Berkeley, CA 94704 |
| | (510) 944-0190 |

*Attorneys for Plaintiff-Appellant Carucel Investments, L.P.*

# UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE CARUCEL'S PRINCIPAL BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), Federal Circuit Rule 26(b), and Federal Circuit Rule 27, Plaintiff Appellant Carucel Investments, L.P. ("Carucel") respectfully moves for an additional *unopposed* extension to file its principal brief in the above-captioned appeal.

Carucel's brief is currently due on October 12, 2017. (Docket Entry 21, Case No. 17-2301). Carucel previously requested a thirty (30) day extension in this matter. (Docket Entry 20, Case No. 17-2301).

For the reasons set forth below, Carucel now seeks a fifteen (15) day extension of time, to and including October 27, 2017, in which to file its principal brief. Carcuel anticipates that this will be the final request for additional time for the filing of its opening brief.

Carucel's is not represented by a large firm, and the attorneys working on this case require a short additional amount of time to complete the brief due to the fact that four patent lawsuits that were previously stayed or inactive unexpected became active during this period, and counsel working on this brief has international travel during which connectivity is restricted.

Carucel's counsel has exercised due diligence in attempting to prepare its principal brief in a timely manner and will have its brief filed on or before the October 27, 2017 deadline sought in this Request.

1

On October 5, 2017, counsel for both Carucel and Defendants conferred regarding Carucel's request for an extension of time to file its brief. Counsel for Defendants confirmed that Defendants would not oppose this motion. Carucel and Defendants have agreed that an additional fifteen (15) days for Carucel to file its principal brief is acceptable and sufficient. Additionally, Carucel respectfully requests that all other current briefing deadlines likewise be adjusted by fifteen (15) days to account for this extension.

No significant delay will result from this extension. Under this Court's current schedule, the briefing would be completed by December 5, 2017. (Docket Entry 21, Case No. 17-2301). Should this Court grant Carucel's requested extension, and adjust all other deadlines accordingly, briefing will be completed by December 19, 2017.

For the foregoing reasons, Carucel respectfully requests that this Court enter an order extending the due date for filing the principal brief to October 27, 2017. DATED this 5th day of October 2017.

/s/ *Robert Harkins*
Robert Harkins
*Attorney for Carucel*

No. 17-2301

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

CARUCEL INVESTMENTS, L.P.,
*Plaintiff-Appellant*

v.

NOVATEL WIRELESS, INC.,
*Defendant-Appellee*

VERIZON COMMUNICATIONS, INC.,
*Defendant-Appellee*

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS
*Defendant-Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
No. 3:16-cv-00118-H-KSC

**DECLARATION OF ROBERT HARKINS IN SUPPORT OF CARUCEL'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF**

| | |
|---|---|
| Robert F. Ruyak | Korula T. Cherian |
| **RUYAK CHERIAN, LLP** | Robert Harkins |
| 1700 K Street, NW, Suite 810 | **RUYAK CHERIAN, LLP** |
| Washington, DC 20006 | 1936 University Avenue, Suite 350 |
| (202) 838-1560 | Berkeley, CA 94704 |
| | (510) 944-0190 |

*Attorneys for Plaintiff-Appellant Carucel Investments, L.P.*

# DECLARATION OF ROBERT HARKINS

I, Robert Harkins, declare:

1. I am an attorney duly admitted to practice in the State of California and before the United States Court of Appeals for the Federal Circuit. I am one of the counsel of record for Plaintiff Appellant Carucel Investments, L.P. ("Carucel") in the above-captioned matter. In accordance with Federal Circuit Rule 26(b)(5), I submit this declaration in support of Carucel's ***Unopposed*** Motion for Additional Extension of Time to File Its Principal Brief. If called to testify, I would state the following based on my own personal knowledge:

2. Pursuant to the current briefing schedule of this Court, Carucel's brief is due on October 12, 2017. (Docket Entry 21, Case No. 17-2301).

3. Carucel respectfully requests an extension of time to file its principal brief to October 27, 2017, which would constitute an extension of fifteen (15) days.

4. RuyakCherian is not a large firm, and in the past month four patent cases in federal district court have unexpectedly come off stays and/or lengthy periods of inactivity requiring sudden attention that has hindered counsel's ability to complete the briefing within the currently allotted time, but counsel anticipates that even given the additional 15 days counsel will enable it to complete the brief. Had counsel anticipated this additional activity it would have requested a 45-day extension instead of the originally requested 30-day extension.

5. Additionally, since filing its Notice of Appeal on July 12, 2017, Carucel retained additional counsel, Mr. Jerrold Ganzfried, to assist with the preparation of Carucel's briefs in the above-captioned appeal. Mr. Ganzfried is incurring some international travel that impacts his connectivity.

6. Allowing Carucel an extension until October 27, 2017, would provide counsel with sufficient time to present a principal brief of the highest quality to this Court.

7. I represent that Carucel and its counsel have exercised diligence and will file the principal and response brief within the time requested.

8. On October 5, 2017, pursuant to Federal Circuit Rule 26(b)(2) and Federal Circuit Rule 27, I conferred with Mr. Bruce Zisser, counsel for Defendants regarding the accompanying motion for extension of time. Mr. Zisser stated that Defendants consent to the filing of the motion.

9. I declare under penalty of perjury under 28 U.S.C. §1746, the laws of the United States, and the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of October 2017 at Berkeley, California.

/s/ *Robert Harkins*
Robert Harkins
*Attorney for Carucel*

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing "Unopposed Motion for Additional Extension of Time to File Carucel's Principal Brief" with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Robert Harkins*
Robert Harkins